PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Edward Bell  **Docket Number:** 00-00200-001
**PACTS Number:** 19657

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/25/2006

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 5 years probation.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 01/25/06

**Assistant U.S. Attorney:** Andrew Leven, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**Failure to pay restitution as directed by the Court.**' |
| | The offender was ordered by the Court to pay restitution in the amount of $100,000. The Court directed the offender to make monthly installment payments of not less than $300. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: 1/24/11

PROB 12C - Page 2
Edward Bell

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 3/24/2011
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

25 Jan 2011
Date