PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edward Scott Bell                            Cr.: 98-CR-200-01
                                                                PACTS Number: 19657

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: 01/25/06

Original Offense: Fraud

Original Sentence: 60 months of Probation

Type of Supervision: PROB                            Date Supervision Commenced: 01/25/06

## PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

**OTHER CONDITION**

The offender was ordered to pay restitution in the amount of $100,000 to be paid in monthly increments of $300. We are requesting that the offender's monthly payment be reduced to $100 a month until he is able to obtain gainful employment at which time he will be required to pay 10% of his income.

## CAUSE

The offender has been unemployed for the past two months. He is actively searching for employment. At his violation hearing, the judge ordered that Probation to review the offender's financial situation and submit a modification to the Court.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: 03/31/11

PROB 12B - Page 2
Edward Scott Bell

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

**OTHER CONDITION**

The offender was ordered to pay restitution in the amount of $100,000 to be paid in monthly increments of $300. We are requesting that the offender's monthly payment be reduced to $100 a month until he is able to obtain gainful employment at which time he will be required to pay 10% of his income.

Witness: _____  Signed: _____
U.S. Probation Officer Assistant           Probationer or Supervised Releasee
Patricia C. Jensen                                      Edward Scott Bell

3/31/11
DATE